HEATHER E. WILLIAMS, #122664
Federal Defender
CECILIA HAN, #235640
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Cecilia_Han@fd.org

Attorney for Defendant
MERGEN AGUEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERGEN AGUEV,

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY,

Respondents.

No. 1:26-cv-06299-DJC-CKD

ORDER

Based upon the stipulation and representations of the parties, IT IS HEREBY ORDERED that the Petition and this action are dismissed as moot because Petitioner has been removed to Russia.

IT IS SO ORDERED.

Dated: October 1, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE